IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ALEX SHVEKOVSKY and ELENA FEDOROVA,

    Plaintiffs,

v.                                             Civil Action No. 5:07CV5
                                                         (STAMP)
WHEELING JESUIT UNIVERSITY, INC.,
CHARLES JULIAN, Ph.D.,
DARWIN MOLNAR and LELONIE SANDERS,

    Defendants.

## ORDER SCHEDULING STATUS AND SCHEDULING CONFERENCE

On September 14, 2007, the plaintiffs in the above-styled civil action filed a "Motion to Continue," in which they requested that this Court amend its May 23, 2007 scheduling order. In that motion, the plaintiffs requested that the new discovery completion date be scheduled for January 28, 2008. The defendants then filed a "Combined Motion to Vacate Scheduling Order and Response to Plaintiffs' Motion to Continue," stating that a January 28, 2008 discovery completion date was unworkable and proposing instead a discovery completion date of June 1, 2008. The defendants further proposed that all other deadlines in the May 23, 2007 scheduling order be vacated and that new dates be established based upon, and in relation to, the new discovery completion date. In response, the plaintiffs filed "Plaintiffs' Joinder in Defendants' Motion to Vacate Scheduling Order," stating that they consented to the defendants' proposed amendments to the scheduling order dates. This Court finds that it would be beneficial to conduct a status and scheduling conference in this case. Accordingly, it is ORDERED

that the parties appear by counsel for a status and scheduling conference on **October 26, 2007 at 1:15 p.m.** at the Wheeling point of holding court.

The Court will permit those out-of-town attorneys having their offices further than forty miles from the point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court at least three working days prior to the conference of his or her intention to participate by telephone and shall (1) inform all counsel of his or her appearance by telephone; (2) confer with other out-of-town attorneys to determine if they wish to appear by telephone; (3) advise the Court of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. If the attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   October 11, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE