IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

ALEX SHVEYKOVSKY and
ELENA FEDOROVA,

       Plaintiffs,

v.                                                          Civil Action: 5:07-CV-5

WHEELING JESUIT UNIVERSITY, INC.,
ET AL.,

       Defendants.

## ORDER SCHEDULING INDEPENDENT MEDICAL EXAM

Plaintiffs shall present themselves to Michael Marshall, Ph.D., Defendants' expert, for an IME on December 3, 2007 at a time selected by Dr. Marshall and provided to counsel for Plaintiffs on or before November 5, 2007.

**IT IS SO ORDERED**.

DATED: October 30, 2007

                                                        /s/ James E. Seibert
                                                        JAMES E. SEIBERT
                                                        UNITED STATES MAGISTRATE JUDGE