IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ALEX SHVEYKOVSKY and
ELENA FEDOROVA,

    Plaintiffs,

v.                                                Civil Action No. 5:07CV5
                                                (JUDGE STAMP)

WHEELING JESUIT UNIVERSITY, INC.,
CHARLES JULIAN, Ph.D.,
DARWIN MOLNAR, and
LELONIE SANDERS,

    Defendants.

## ORDER SETTING EVIDENTIARY HEARING AND ARGUMENT

An evidentiary hearing and argument on Privacy Act Motion[1] shall be held **Tuesday, February 19, 2008, at 2:30 p.m.,** in the Magistrate Judge Courtroom, Room 433, Fourth Floor, United States Courthouse, Twelfth and Chapline Streets, Wheeling, West Virginia.

The Court will permit any out-of-town lawyers having their offices more than forty miles from the point of holding court where the hearing is scheduled to participate in the proceeding by telephone. Prior to the proceeding, any such lawyer seeking to appear by telephone, shall:

    1.     Inform all counsel and pro se parties of their appearance by telephone;

    2.     Confer with other out-of-town counsel and pro se parties to determine if they wish to appear by telephone;

    3.     Advise the Court of the name of the lawyer initiating the conference call, and all such lawyers appearing by telephone; and

---

[1] Doc. No. 46.

4. Initiate one timely conference call, with such lawyers to (304)233-1348, at the time of the scheduled proceeding.

The Clerk is directed to serve a copy of the Privacy Act Motion and this Order on the United States Attorney, Sharon L. Potter. Plaintiff is directed to provide a copy of this motion to the Chief Division of the FBI in Pittsburgh, Pennsylvania and to the Chief Counsel of the Civil Division of the United States Attorney's Office in Pittsburgh, Pennsylvania.

DATED: January 29, 2008

*/s/ James E. Seibert*
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE